AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
District of Columbia

FILED
CLERK U.S. DISTRICT COURT
MAY 1 3 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ~~DVE~~ DEPUTY

United States of America
v.
TUCKER DESMOND

Defendant

Case: 1:24-cr-000417
Assigned To: Kollar-Kotelly, Colleen
Assign Date: 4/30/2025
Description: SUPERSEDING INDICTMENT (B)
Related Case No: 24-cr-417 (CKK)
8:25-MJ-00395-DUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* TUCKER DESMOND
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments)

18 U.S.C. 1512(c) (Obstruction of Justice)

Date: 04/30/2025

City and state: Washington, D.C.

*M.U. Upad*
*Issuing officer's signature*

MAGISTRATE JUDGE MOXILA A. UPADHYAYA
*Printed name and title*

### Return

This warrant was received on *(date)* May 13, 2025, and the person was arrested on *(date)* 5/13/2025
at *(city and state)* Huntington Beach, CA.

Date: 5/13/2025

*John Butz*
*Arresting officer's signature*

John Butz, Special Agent
*Printed name and title*