IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case. No. 24-CR-417 (CKK) |
| ) | |
| TUCKER DESMOND, ) | |
| Defendant. ) | |

**DEFENDANT'S *UNOPPOSED* MOTION TO
FILE SENTENCING MEMORANDUM UNDER SEAL**

Defendant, Tucker Desmond, by counsel, respectfully files this *Unopposed* Motion to File his Sentencing Memorandum and attachments under seal, and in support of that relief, states as follows:

1. On October 15, 2025, this Court set the matter for a sentencing hearing for March 20, 2026.

2. In preparation for sentencing, undersigned counsel intends to file a sentencing memorandum and attachments that include a discussion of Mr. Desmond's current medical conditions, diagnosis, and other sensitive and confidential matters, some of which are referenced in the sealed Presentence Report. PSR at ¶¶ 53-74. These matters will be discussed at length in Mr. Desmond's sentencing memorandum, in attached records and reports, and in sentencing letters submitted by family members and friends. Given the nature of this information and the confidential and highly sensitive and personal identifying information contained and discussed therein, Mr. Desmond respectfully requests to file his sentencing memorandum and attachments under seal.

3. Undersigned counsel has conferred with counsel for the Government, Assistant United States Attorney William G. Hart, and Government counsel informs undersigned counsel it does not oppose Mr. Desmond's request.

4.      Accordingly, Mr. Desmond respectfully requests that he be permitted to file his sentencing memorandum and attachments under seal.

Dated: February 5, 2026                              Respectfully submitted,

<div style="margin-left: 3em">

*/s/ Joseph T. Flood*
Joseph T. Flood
Sheldon & Flood, PLC
10621 Jones Street, Suite 301-A
Fairfax, VA  22030
(703) 691-8410
(703) 991-7413 (fax)

Eugene V. Gorokhov
Burnham & Gorokhov, PLLC
1634 I Street NW, Suite 575
Washington, DC 20006
(202) 386-6920
(202) 765-2173 (fax)

*Counsel for Mr. Desmond*

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court via CM/ECF and thereby served counsel for the United States on the date of filing.

Respectfully submitted,

By: /s/ *Joseph T. Flood*
Joseph T. Flood